IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JERRIMIE HYDER, | § § | |
| Petitioner, | § § | |
| v. | § § | 1:24-CV-1017-RP |
| UNITED STATES OF AMERICA, | § § | |
| Respondent. | § § | |

## **ORDER**

Before the Court is Petitioner Jerrimie Hyder's ("Hyder") Petition Under 28 U.S.C. § 2241, (Dkt. 1), and Respondent United States of America's ("Respondent") Motion to Dismiss, (Dkt. 7). The case was referred to United States Magistrate Judge Mark Lane for findings and recommendations, pursuant to 28 U.S.C. § 636(b). Judge Lane filed his report and recommendation on April 23, 2025. (Dkt. 12). In his report and recommendation, Judge Lane recommends that the Court grant Respondent's motion and dismiss Hyder's petition. (*Id.* at 4). In response, Hyder filed an "Amended Motion for Relief Pursuant to 28 U.S.C. § 2241," which the Court will construe as objections to the report and recommendation. (Dkt. 15). Respondent filed a response to Hyder's objections. (Dkt. 16).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Hyder timely objected to each portion of the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Hyder's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 12), is **ADOPTED**. **IT IS ORDERED** that Respondent's Motion to Dismiss, (Dkt. 7), is **GRANTED**.

**IT IS FURTHER ORDERED** that Hyder's Petition Under 28 U.S.C. § 2241, (Dkt. 1), is **DISMISSED**.

The Court will enter final judgment by separate order.

**SIGNED** on May 29, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE